UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL MANNY BROOKS, JR.,

                Plaintiff,

-against-

JUDGE OF WHITE PLAINS CRIMINAL COURT,

                Defendant.

21-CV-4473 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On May 14, 2021, Plaintiff, who was detained in the Westchester County Jail, filed this action *pro se*. Plaintiff submitted the complaint without the $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, a request to proceed in forma pauperis (IFP) and prisoner authorization. By order dated May 19, 2021, the Court directed Plaintiff, within thirty days of the date of that order, to either pay the filing fees or submit an IFP application and prisoner authorization. (ECF 2.)

      On June 10, 2021, the Court received a letter from Plaintiff that, much like Plaintiff's complaint, is not the model of clarity. It appears that Plaintiff, in his letter, was seeking injunctive relief. By order dated June 28, 2021, the Court advised Plaintiff that it could not take any action on his complain or his letter until he paid the filing fees or submitted an IFP application and prisoner authorization. Because Plaintiff's time to comply with the Court's May 19, 2021 order had expired, in an abundance of caution, the Court granted Plaintiff an additional thirty days to comply with the May 19, 2021 order. Plaintiff therefore had until July 28, 2021, to comply with the Court's May 19, 2021 order.

      On July 26, 2021, the Court's June 28, 2021 order was returned to the Court with a notation on the envelope indicating that the mail was undeliverable to Plaintiff at the Westchester

County Jail, and that the mail could not be forwarded. Plaintiff has not complied with the Court's May 19, 2021 order, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise. Accordingly, Plaintiff's complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  July 30, 2021
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge